OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

JUSTIN SHARRATT

V.

JOHN MURTHA

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:08-cv-229

TO: (Name and address of Defendant)

JOHN MURTHA
2238 Woodcrest Drive
Johnstown, PA 15905

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Noah Geary, Esquire
225 Washington Trust Building
Washington, PA 15301

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_R.V. Barth, G._     9/25/08
CLERK                DATE

_(signature)_        9/25/08
(By) DEPUTY CLERK    DATE