# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN SHARRATT** ) <br> 1348 Lucia Drive ) <br> Canonsburg, Pennsylvania 15317 ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **JOHN MURTHA**, ) <br> in his individual capacity, ) <br> 2238 Woodcrest Drive ) <br> Johnstown, Pennsylvania 15905 ) <br> ) <br> Defendant. ) | **Civil Action No**. 3:08 – cv – 229 |

## PRAECIPE TO REISSUE SUMMONS.

**TO:**   **Clerk of District Court**

Kindly reissue two Summons in the above referenced matter because Plaintiff must re-attempt service; also, Rule 4 requires that a Summons be served on both the named Defendant and the United States.

Date:   January 16, 2009            By: /s/ Noah Geary
                                        Noah Geary, Esquire
                                        225 Washington Trust Building
                                        Washington, PA 15301
                                        (724) 222-3788
                                        PA I.D. # 78283