SHARRATT V. MURTHA                                                                                                    Doc. 6

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

JUSTIN SHARRATT

V.

JOHN MURTHA

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:08-CV-229

TO: (Name and address of Defendant)

Albert Schollaert, Esquire
United States Attorney's Office
Western District of Pennsylvania
United States Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY    (name and address)

Noah Geary, Esquire
225 Washington Trust Building
Washington, PA 15301

an answer to the complaint which is served on you with this summons, within    60    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    1/20/09
         DATE

(By) DEPUTY CLERK    1/20/09
                     DATE

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

JUSTIN SHARRATT

V.

JOHN MURTHA

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:08-CV-229

TO: (Name and address of Defendant)

JOHN MURTHA
District Office
647 Main Street
Suite 401
Johnstown, PA 15901

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Noah Geary, Esquire
225 Washington Trust Building
Washington, PA 15301

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  R.V. Barth, 6

DATE  12/4/09

(By) DEPUTY CLERK

DATE  1/20/09