# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Justin SHARRATT,** ) | |
| ) | |
| **Plaintiff,** ) | CIVIL ACTION NO. 3:08-229 |
| ) | |
| v. ) | |
| ) | JUDGE GIBSON |
| **John MURTHA,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF ENTRY OF APPEARANCE

TO:   Clerk of Court
       United States District Court
       Western District of Pennsylvania

Paul E. Werner, a trial attorney for the United States Department of Justice, Civil Division, Torts Branch, under 28 U.S.C. § 517 and Local Rule 83.2.1.C respectfully enters his appearance as lead attorney to be noticed for the federal Defendant in the above-captioned case, in order to ensure that he receives electronic notice of all documents filed in this proceeding.

Undersigned counsel hereby declares the following in support of this notice:

1.     I am a registered user of ECF in the Western District of Pennsylvania.

2.     I am a member in good standing of the Bar of the Court of Appeals of Maryland.

In the event that pleadings and papers are served by regular mail on the Defendant, Congressman John Murtha, they should be sent to:

Paul E. Werner
Trial Attorney
Torts Branch, Civil Division
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044

However, documents delivered either by hand or by express delivery service should be sent to 1425 New York Avenue, N.W., Washington, D.C. 20005. Undersigned counsel's telephone number is (202) 616-4152 and his facsimile number is (202) 616-4314.

        Respectfully submitted,

        MICHAEL F. HERTZ
        Acting Assistant Attorney General
        Civil Division

        TIMOTHY P. GARREN
        Director, Torts Branch

        C. SALVATORE D'ALESSIO
        Senior Trial Counsel, Torts Branch

            /s/
        PAUL E. WERNER (MD Bar)
        Trial Attorney
        Torts Branch, Civil Division
        United States Department of Justice
        P.O. Box 7146
        Ben Franklin Station
        Washington, DC 20044
        phone: (202) 616-4152
        fax: (202) 616-4314
        Paul.Werner@usdoj.gov

## CERTIFICATE OF SERVICE

        I hereby certify that on April 8, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Noah Geary**
Washington Trust Building
Suite 225
Washington, PA 15301
(724) 222-3788
noahgeary@ngearylawoffices.net


Dated: April 8, 2009                      /s/ _____
                                                  PAUL E. WERNER (MD Bar)
                                                  Trial Attorney, Torts Branch
                                                  UNITED STATES DEPARTMENT OF JUSTICE
                                                  Torts Branch, Civil Division
                                                  P.O. Box 7146
                                                  Ben Franklin Station
                                                  Washington, D.C. 20044
                                                  (202) 616-4152 (phone)
                                                  (202) 616-4314 (fax)
                                                  Paul.Werner@usdoj.gov