# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Justin SHARRATT,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:08-229 |
| | ) | |
| v. | ) | |
| | ) | JUDGE GIBSON |
| **John MURTHA,** | ) | |
| | ) | Electronically Filed |
| Defendant. | ) | |

## UNITED STATES' MOTION FOR SUBSTITUTION OF PARTY

The United States of America, by its attorneys and pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988 §§ 5, 6, Pub. L. No. 100-694, 102 Stat. 4563 (1988) (codified at 28 U.S.C. § 2679) ("Westfall Act"), respectfully moves the Court to issue an order substituting the United States for Congressman John Murtha with respect to Plaintiff's state law causes of action, Counts IV-VI, inclusive. For these counts, the United States respectfully submits that Congressman Murtha should be dismissed from this action with prejudice. Under the Westfall Act, the United States is the only permissible defendant for state law claims against federal officials for actions occurring within the scope of their employment. 28 U.S.C. § 2679(b). In further support of this motion, the United States relies upon its supporting memorandum and Exhibit 1 thereto, which is being filed concurrently with this motion. A proposed order also accompanies this motion.

Dated: April 21, 2009                                   Respectfully submitted,


MARY BETH BUCHANAN                                      MICHAEL F. HERTZ
United States Attorney                                  Acting Assistant Attorney General
                                                        Civil Division
JESSICA LIEBER SMOLAR
Assistant United States Attorney                        TIMOTHY P. GARREN
Western District of Pennsylvania                        Director, Torts Branch
700 Grant Street, Suite 4000
Pittsburgh, PA 15219                                    C. SALVATORE D'ALESSIO
(412) 894-7419 (phone)                                  Senior Trial Counsel, Torts Branch
PA I.D. No. 65406



                                                              s/ Paul E. Werner
                                                        PAUL E. WERNER (MD Bar)
                                                        Trial Attorney, Torts Branch
                                                        UNITED STATES DEPARTMENT OF JUSTICE
                                                        Torts Branch, Civil Division
                                                        P.O. Box 7146
                                                        Ben Franklin Station
                                                        Washington, D.C. 20044
                                                        (202) 616-4152 (phone)
                                                        (202) 616-4314 (fax)
                                                        Paul.Werner@usdoj.gov


                                                        Attorneys for Defendant Congressman John
                                                        Murtha and the United States

## CERTIFICATE OF SERVICE

        I hereby certify that on April 21, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Noah Geary**
Washington Trust Building
Suite 225
Washington, PA 15301
(724) 222-3788
noahgeary@ngearylawoffices.net


Dated: April 21, 2009                          s/ Paul E. Werner
                                                       PAUL E. WERNER (MD Bar)
                                                       Trial Attorney, Torts Branch
                                                       UNITED STATES DEPARTMENT OF JUSTICE
                                                       Torts Branch, Civil Division
                                                       P.O. Box 7146
                                                       Ben Franklin Station
                                                       Washington, D.C. 20044
                                                       (202) 616-4152 (phone)
                                                       (202) 616-4314 (fax)
                                                       Paul.Werner@usdoj.gov