# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Justin SHARRATT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:08-229 |
| | ) | |
| v. | ) | |
| | ) | JUDGE GIBSON |
| John MURTHA, | ) | |
| | ) | Electronically Filed |
| Defendant. | ) | |

## DEFENDANT'S AND UNITED STATES' MOTION TO DISMISS

Under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Congressman John Murtha and the United States move to dismiss all counts of Plaintiff's complaint.[1] Counts I-III, which seek damages for alleged constitutional violations under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), should be dismissed because Congressman Murtha is entitled to qualified immunity, special factors preclude Plaintiff's constitutional claims, and Plaintiff filed those claims beyond the statute of limitations. Counts I-III therefore fail to state a claim upon which relief can be granted and should be dismissed with prejudice under Fed. R. Civ. P. 12(b)(6).

Counts IV-VI, which seek damages for alleged slander per se, invasion of privacy, and intentional infliction of emotional distress, should be dismissed because Plaintiff has not fulfilled the administrative prerequisites of the Federal Tort Claims Act, and because the United States has not waived sovereign immunity for Plaintiff's claims. The Court therefore lacks subject-matter jurisdiction over Counts IV-VI, which should be dismissed without prejudice under Fed.

---

[1] Although the United States is not a named defendant in the action against Congressman Murtha, the United States has filed a motion for substitution of party with regard to Plaintiff's state law claims. <u>See</u> United States' Mot. for Substitution of Party.

R. Civ. P. 12(b)(1). A supporting memorandum is filed concurrently with this motion, and a proposed order accompanies this motion.

Dated: April 21, 2009                                   Respectfully submitted,


MARY BETH BUCHANAN                                      MICHAEL F. HERTZ
United States Attorney                                  Acting Assistant Attorney General
                                                        Civil Division
JESSICA LIEBER SMOLAR
Assistant United States Attorney                        TIMOTHY P. GARREN
Western District of Pennsylvania                        Director, Torts Branch
700 Grant Street, Suite 4000
Pittsburgh, PA 15219                                    C. SALVATORE D'ALESSIO
(412) 894-7419 (phone)                                  Senior Trial Counsel, Torts Branch
PA I.D. No. 65406


                                                               s/ Paul E. Werner
                                                        PAUL E. WERNER (MD Bar)
                                                        Trial Attorney, Torts Branch
                                                        UNITED STATES DEPARTMENT OF JUSTICE
                                                        Torts Branch, Civil Division
                                                        P.O. Box 7146
                                                        Ben Franklin Station
                                                        Washington, D.C. 20044
                                                        (202) 616-4152 (phone)
                                                        (202) 616-4314 (fax)
                                                        Paul.Werner@usdoj.gov


                                                        Attorneys for Defendant Congressman John
                                                        Murtha and the United States

# CERTIFICATE OF SERVICE

        I hereby certify that on April 21, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:


**Noah Geary**
Washington Trust Building
Suite 225
Washington, PA 15301
(724) 222-3788
noahgeary@ngearylawoffices.net




Dated: April 21, 2009                                     s/ Paul E. Werner
                                                                             PAUL E. WERNER (MD Bar)
                                                                             Trial Attorney, Torts Branch
                                                                             UNITED STATES DEPARTMENT OF JUSTICE
                                                                             Torts Branch, Civil Division
                                                                             P.O. Box 7146
                                                                             Ben Franklin Station
                                                                             Washington, D.C. 20044
                                                                             (202) 616-4152 (phone)
                                                                             (202) 616-4314 (fax)
                                                                             Paul.Werner@usdoj.gov