IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Justin SHARRATT, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:08-229 |
| | ) |
| v. | ) |
| | ) JUDGE GIBSON |
| John MURTHA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

NOW, this 3rd day of June, 2009, upon consideration of the United States' Motion for Substitution of Party, and upon further consideration of any response thereto, and no response having been filed, and therefore the motion being unopposed, IT IS HEREBY ORDERED that said Motion is **GRANTED** and Congressman John Murtha is dismissed as defendant for Plaintiff's Counts IV-VI, inclusive, with prejudice. The United States of America is substituted as defendant for these counts for all further proceedings in this case.

It is further **ORDERED** that the caption of this action be amended to reflect the addition of the United States as a defendant.

BY THE COURT:

_[signature]_
**KIM R. GIBSON**
**UNITED STATES DISTRICT JUDGE**

cc:   All counsel of Record