UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| **JUSTIN SHARRATT** <br> 1348 Lucia Drive <br> Canonsburg, Pennsylvania 15317 <br><br> Plaintiff, <br><br> vs. <br><br> **JOHN MURTHA,** <br> in his individual capacity, <br> 2238 Woodcrest Drive <br> Johnstown, Pennsylvania 15905 <br><br> Defendant. | Civil Action No. 3:08 – cv – 229 |

## ORDER OF COURT.

AND NOW, this 8th day of June, 2009, it is hereby **ORDERED** that upon consideration of the Plaintiff's Revised Motion for Leave of Court to File a Response to Defendant's Motion to Dismiss Nunc Pro Tunc, the relief is **GRANTED,** and that the Plaintiff's Answer and Brief in Opposition to the Defendant's Motion to Dismiss Counts I-III of Plaintiff's Complaint shall be filed on or before June 19, 2009 ~~within ten days of this date~~.

BY THE COURT:

_____ J.
Kim R. Gibson

8