UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| JUSTIN SHARRATT<br>1348 Lucia Drive<br>Canonsburg, Pennsylvania 15317<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MURTHA,<br>in his individual capacity,<br>2238 Woodcrest Drive<br>Johnstown, Pennsylvania 15905<br><br>Defendant. | Civil Action No. 3:08 – cv – 229 |

### ORDER OF COURT.

AND NOW, this 8th day of June, 2009, it is hereby **ORDERED** that upon consideration of the Plaintiff's Revised Petition for Reconsideration, the relief is **GRANTED**, and that the Plaintiff's Answer and Brief in Opposition to the Defendant's Rule 12 Motion to Substitute the United States as a Party for the Defendant John Murtha is hereby due on or before June 19, 2009.

BY THE COURT:

_____ J.
Kim R. Gibson

8