IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Justin SHARRATT,** | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION NO. 3:08-229** |
| | ) | |
| v. | ) | |
| | ) | **JUDGE GIBSON** |
| **John MURTHA** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

NOW, this 23rd day of June, 2009, upon consideration of the Defendants' Motion for Leave to File a Reply Brief in Support of the United States' Motion for Substitution of Party and Defendant's and United States' Motion to Dismiss, and upon further consideration of any response thereto,

**IT IS HEREBY ORDERED** that said motion is **GRANTED** and that Defendants shall file their reply brief on or before July 1, 2009.

BY THE COURT:

/s/ Kim R. Gibson

**KIM R. GIBSON**
**UNITED STATES DISTRICT JUDGE**

cc:   All counsel of Record