## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF
## PENNSYLVANIA

| | |
|---|---|
| **JUSTIN SHARRATT** ) | |
| 1348 Lucia Drive ) | |
| Canonsburg, Pennsylvania 15317 ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Civil Action No**. 3:08 – cv – 229 |
| vs. ) | |
| ) | |
| **JOHN MURTHA**, ) | |
| in his individual capacity, ) | |
| 2238 Woodcrest Drive ) | |
| Johnstown, Pennsylvania 15905 ) | |
| ) | |
| Defendant. ) | |

### PETITION FOR LEAVE OF COURT TO RESPOND TO DEFENDANT'S REPLY BRIEF.

**AND NOW COMES** the Plaintiff, Justin Sharratt, by and through his attorney, Noah Geary, Esquire, and respectfully submits this Petition for Leave of Court to Respond to Defendant's Reply Brief, and in support, avers as follows:

1.  Upon the filing of the Government's and Plaintiff's Briefs in Support and in Opposition to the Government's Rule 12 Motions, the Government, on June 23, 2009, petitioned for leave of court to file a Reply Brief.

2.  This Honorable Court granted this request and ordered that the Reply Brief be filed on or before July 1, 2009.

3.  The Government filed its Reply Brief on June 25, 2009.

4.  The Plaintiff hereby respectfully requests this Court to permit him to file a short response to the Government's Reply Brief.

5.  It is very important that the Plaintiff be given the opportunity to address certain points raised in the Government's Reply Brief.

6.  Plaintiff's counsel expects that a response to the Reply Brief would be no more than 5 pages and can be filed by this Friday, July 3, 2009.

7.  A response to the Government's Reply Brief will be helpful to the Court and will facilitate the decision making process.

8.  Accordingly, Justin Sharratt respectfully prays this Honorable Court for leave to file a 5-page response to the Government's Reply Brief on or before July 3, 2009.

**WHEREFORE**, Justin Sharratt respectfully prays this Honorable Court for leave to file a 5-page response to the Government's Reply Brief on or before July 3, 2009.

Respectfully submitted,

June 30, 2009

/s/ Noah Geary
Noah Geary, Esquire
Attorney for Plaintiff
225 Washington Trust Building
Washington, PA 15301
(724) 222-3788
PA I.D. # 78283

## CERTIFICATE OF SERVICE.

I, Noah Geary, hereby certify that I served the foregoing **Petition for Leave of Court to Respond to Defendant's Reply Brief** upon Defense Counsel, Paul Werner, Esquire, on this day, via email:

Paul E. Werner, Esquire
U.S. Department of Justice
1425 New York Avenue, N.W.
Washington, DC 20005
paul.werner@usdoj.gov

Date: June 30, 2009   /s/ Noah Geary
  Noah Geary, Esquire
  Attorney for Plaintiff
  225 Washington Trust Building
  Washington, PA 15301
  (724) 222-3788
  PA I.D. # 78283