## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF
## PENNSYLVANIA

| | |
|---|---|
| **JUSTIN SHARRATT** <br> 1348 Lucia Drive <br> Canonsburg, Pennsylvania 15317 <br><br> Plaintiff, <br><br> vs. <br><br> **JOHN MURTHA,** <br> in his individual capacity, <br> 2238 Woodcrest Drive <br> Johnstown, Pennsylvania 15905 <br><br> Defendant. | **Civil Action No. 3:08 – cv – 229** |

### ORDER OF COURT.

AND NOW, this _1st_ day of _July_, 2009, it is hereby **ORDERED** that upon consideration of the Plaintiff's Petition for Leave of Court to Respond to Defendant's Reply Brief, the Motion is **GRANTED,** and that the Plaintiff's Response is hereby due on or before _July 3_, 2009.

BY THE COURT:

_____ J.
Kim R. Gibson