# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN SHARRATT** ) <br> 1348 Lucia Drive ) <br> Canonsburg, Pennsylvania 15317 ) <br> ) <br>     Plaintiff, ) <br> ) <br>     vs. ) <br> ) <br> **JOHN MURTHA**, ) <br> in his individual capacity, ) <br> 2238 Woodcrest Drive ) <br> Johnstown, Pennsylvania 15905 ) <br> ) <br>     Defendant. ) | **Civil Action No**. 3:08 – cv – 229 <br><br><br> **Judge Kim R. Gibson** |

### MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER OF JULY 13, 2009 GRANTING THE GOVERNMENT'S MOTION TO SUBSTITUTE THE UNITED STATES FOR DEFENDANT JOHN MURTHA AND MOTION REQUESTING ORAL ARGUMENT ON THE GOVERNMENT'S RULE 12 MOTION TO DISMISS PLAINTIFF'S <u>BIVENS</u> COUNTS.

**AND NOW COMES** the Plaintiff, Justin Sharratt, by and through his attorney, Noah Geary, Esquire, and respectfully submits this Motion for Reconsideration of this Court's Order of July 13, 2009 Granting the Government's Motion to Substitute the United States for Defendant John Murtha and Motion Requesting Oral Argument on the Government's Rule 12 Motion to Dismiss Plaintiff's <u>Bivens</u> Counts, and in support, avers as follows:

1.    Several hours ago, this Honorable Court issued a Memorandum Opinion and Order of Court granting the Government's Rule 12 Motion to Substitute the United States for Defendant John Murtha as to Plaintiff's State Law tort claims.

2.    Because this case involves important issues of a Constitutional dimension, the Plaintiff assumed this Court would entertain Oral Argument on the Government's Motion.

3.      Plaintiff therefore hereby respectfully requests this Honorable Court to grant this Motion for Reconsideration and to schedule Oral Argument on the Government's Motion for Substitution of a Party.

4.      As this Court has yet to rule on the Government's Rule 12 Motion to Dismiss Counts I, II and III of Plaintiff's Complaint, Plaintiff hereby respectfully requests this Court to schedule and entertain Oral Argument on the Government's Motion to Dismiss Plaintiff's <u>Bivens</u> claims.

5.      It is important that Plaintiff's counsel be permitted to advance Plaintiff's arguments via Oral Argument in this important case.

**WHEREFORE**, Plaintiff hereby respectfully requests this Honorable Court to (i) grant this Motion for Reconsideration and to schedule Oral Argument on the government's Motion for Substitution; and (ii) to schedule Oral Argument on the Government's Motion to Dismiss Plaintiff's <u>Bivens</u> claims.

Respectfully submitted,

July 13, 2009

/s/ Noah Geary
Noah Geary, Esquire
Attorney for Plaintiff
225 Washington Trust Building
Washington, PA 15301
(724) 222-3788
PA I.D. # 78283

# CERTIFICATE OF SERVICE.

I, Noah Geary, hereby certify that I served the foregoing **Motion for Reconsideration of this Court's Order of July 13, 2009 Granting the Government's Motion to Substitute the United States for Defendant John Murtha and Motion Requesting Oral Argument on the Government's Rule 12 Motion to Dismiss Plaintiff's <u>Bivens</u> Counts** upon Defense Counsel, Paul Werner, Esquire, on this day, via email:

Paul E. Werner, Esquire<br>
U.S. Department of Justice<br>
1425 New York Avenue, N.W.<br>
Washington, DC 20005<br>
<u>paul.werner@usdoj.gov</u>

Date: July 13, 2009                          <u>/s/ Noah Geary</u>
                                             Noah Geary, Esquire
                                             Attorney for Plaintiff
                                             225 Washington Trust Building
                                             Washington, PA 15301
                                             (724) 222-3788
                                             PA I.D. # 78283