# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Justin SHARRATT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:08-229 |
| | ) | |
| v. | ) | |
| | ) | JUDGE GIBSON |
| John MURTHA | ) | |
| | ) | Electronically Filed |
| and | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S
## MOTION FOR RECONSIDERATION

After this Court correctly substituted the United States as sole defendant for Plaintiff Justin Sharratt's state law tort claims—again—Sharratt now seeks an oral argument, which would effectively give him a third bite at the apple on the substitution issue. Sharratt offers absolutely no legal basis for reconsideration, and his request for oral argument is untimely. Accordingly, Defendants oppose Sharratt's request for reconsideration and oral argument on the substitution issue.

Dated: July 13, 2009					Respectfully submitted,


MARY BETH BUCHANAN					TONY WEST
United States Attorney					Assistant Attorney General
							Civil Division

JESSICA LIEBER SMOLAR
Assistant United States Attorney			TIMOTHY P. GARREN
Western District of Pennsylvania			Director, Torts Branch
700 Grant Street, Suite 4000
Pittsburgh, PA 15219					C. SALVATORE D'ALESSIO
(412) 894-7419 (phone)					Senior Trial Counsel, Torts Branch
PA I.D. No. 65406



							    s/ Paul E. Werner
							PAUL E. WERNER (MD Bar)
							Trial Attorney, Torts Branch
							UNITED STATES DEPARTMENT OF JUSTICE
							Torts Branch, Civil Division
							P.O. Box 7146
							Ben Franklin Station
							Washington, D.C.  20044
							(202) 616-4152 (phone)
							(202) 616-4314 (fax)
							Paul.Werner@usdoj.gov


							Attorneys for Defendant Congressman John
							Murtha and the United States

## CERTIFICATE OF SERVICE

       I hereby certify that on July 13, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Noah Geary**
Washington Trust Building
Suite 225
Washington, PA 15301
(724) 222-3788
noahgeary@ngearylawoffices.net

Dated: July 13, 2009                                                                    s/ Paul E. Werner
                                                                    PAUL E. WERNER (MD Bar)
                                                                    Trial Attorney, Torts Branch
                                                                    UNITED STATES DEPARTMENT OF JUSTICE
                                                                    Torts Branch, Civil Division
                                                                    P.O. Box 7146
                                                                    Ben Franklin Station
                                                                    Washington, D.C. 20044
                                                                    (202) 616-4152 (phone)
                                                                    (202) 616-4314 (fax)
                                                                    Paul.Werner@usdoj.gov