# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN SHARRATT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION No. 3: 2008-229 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN MURTHA and | ) | |
| the UNITED STATES of AMERICA, | ) | JUDGE GIBSON |
| | ) | |
| Defendants. | ) | |

## ORDER

**AND NOW**, this 16th day of July, 2009, after consideration of the Plaintiff's "Motion for Reconsideration...." (Document No. 35), IT IS HEREBY ORDERED THAT the Motion is DENIED and no oral argument will be heard for any of the pending motions in this matter as the Court will resolve these matters on the motions and briefs submitted by the parties.

BY THE COURT:

*/s/ Kim R. Gibson*

**KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE**